IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br><br>        Plaintiffs,<br><br>v.<br><br>STEPHAENNI HONEYCUTT,<br><br>        Defendant. | Case No.: 1:06-cv-00949-NCT-WWD |

## ENTRY OF DEFAULT

It appearing from the records in this action that Summons has been served upon Defendant Stephaenni Honeycutt, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Stephaenni Honeycutt has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Stephaenni Honeycutt hereby is entered.

DATED: February 12, 2007          By:   /s/ John S. Brubaker
                                                           Deputy Clerk